**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>   Plaintiff,<br><br>v.<br><br>LIYUNNN-STORE, et al.,<br><br>   Defendants. | Case No. 25-cv-5624<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Maria Valdez** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Sony Interactive Entertainment LLC ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| luzhoutech | 3 |
| Pixframy | 13 |
| SKTFFR | 29 |
| STAYTOP | 30 |
| TKDKSFD | 39 |
| WEBEEDY US | 51 |
| xiamenshirunganbaihuoyouxiangongsi | 54 |
| yunyangshanmao | 67 |

Dated this 23rd day of June 2025.

Respectfully submitted,

/s/ Rachel S. Miller
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Lucas A. Peterson
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
lpeterson@gbc.law

*Counsel for Plaintiff*
*Sony Interactive Entertainment LLC*